Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ROBERT MARTIN BLAIR,<br><br>Debtor. | Case No. 16-34304-pcm7<br><br>Chapter 7<br><br>ORDER APPROVING MOTION TO SETTLE AND COMPROMISE |

  This matter having come on for hearing on the Trustee's Motion and Notice of Intent to Settle and Compromise on December 12, 2017 before the Honorable Peter C. McKittrick, presiding. The court having reviewed the Trustee's Motion to Settle and Compromise and objection by the debtor and other good cause appearing, it is

  ORDERED that the Motion to Settle and Compromise is hereby approved.

  IT IS FURTHER ORDERED that the Trustee shall make quarterly payments to the debtor commencing on February 1, 2018 and continuing each quarter thereafter until the debtor's exemption has been paid in full.

# # #

  To the extent applicable, I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Page 1 - ORDER APPROVING MOTION TO SETTLE AND COMPROMISE

Williams, Kastner Greene & Markley
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 228-7967 • Fax (503) 222-7261

6281462.1

Case 16-34304-pcm7    Doc 20    Filed 12/13/17

Presented by:

  /s/ Stephen P. Arnot
Stephen P. Arnot
Chapter 7 Trustee
Williams Kastner Greene & Markley
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
sarnot@williamskastner.com

cc:     ECF Participants

Page 2 -   ORDER APPROVING MOTION TO SETTLE AND COMPROMISE

**Williams, Kastner Greene & Markley**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 228-7967 • Fax (503) 222-7261

6281462.1

Case 16-34304-pcm7    Doc 20    Filed 12/13/17